IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 29 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-00261-BNB

CHARLES LEE KETTERING #104451,

    Plaintiff,

v.

BENT COUNT[Y] CORRECTIONAL FACILITY, 11560 Road FF75,
    Las Animas, Colorado 81054,
WARDEN JIM KIETH, et al.,
DEPARTMENT OF CORRECTIONS,
CORRECTIONS CORPORATION OF AMERICA,
CORRECTIONS OFFICER SGT. ARAMILLO (Laundry),
CORRECTIONS OFFICER S.C.O. MATT MARTINEZ,
HEARING OFFICER D. KING,
HEARING OFFICER JEBULSKI,
MAIL ROOM BENT COUNTY CORRECTIONAL,
CORRECTIONS OFFICER PALACIO,
PALACIO'S COMMANDING OFFICER,
CO WOLHERT, and
S. LOPEZ,

    Defendants.

---

ORDER DENYING MOTIONS FOR TEMPORARY RESTRAINING ORDER
AND FOR PRELIMINARY INJUNCTION

---

Plaintiff Charles Lee Kettering is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. On February 6, 2007, he attempted to initiate the instant action by submitting two motions for a preliminary injunction. On February 6, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Kettering to cure certain deficiencies within thirty days if he wished to pursue his

claims. Specifically, Mr. Kettering was directed either to pay the $350.00 filing fee or to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. He also was directed to submit a Prisoner Complaint.

On February 7, 2007, Mr. Kettering submitted a letter which the Court will treat as a motion for a temporary restraining order and a preliminary injunction. On March 8, 2007, he cured the designated deficiencies. On March 15, 2007, Magistrate Judge Boland granted Mr. Kettering leave to proceed pursuant to 28 U.S.C. § 1915 (Supp. 2006) without payment of an initial partial filing fee.

The Court must construe liberally the motions for a temporary restraining order and a preliminary injunction because Mr. Kettering is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, the liberally construed motions for a temporary restraining order and a preliminary injunction will be denied.

Mr. Kettering seeks recreation time out of his cell; access to the prison law library in order to research case law for an addendum to his complaint filed in *Kettering v. Larimer County Detention Center*, No. 06-cv-01989 (D. Colo. Nov. 2, 2006); and to be transferred from his cold cell to a warmer cell. Mr. Kettering also asks the Court to stop his constantly being harassed by write-ups. On the basis of these allegations, he believes he needs the Court's protection.

A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues,

that the threatened injury to him outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Mr. Kettering fails to allege any facts that demonstrate he is facing immediate and irreparable injury. Similarly, a party seeking a temporary restraining order must demonstrate clearly, with specific factual allegations, that immediate and irreparable injury will result unless a temporary restraining order is issued. *See* Fed. R. Civ. P. 65(b). Therefore, the liberally construed motions for a temporary restraining order and a preliminary injunction will be denied. Accordingly, it is

ORDERED that the liberally construed motions for a temporary restraining order and a preliminary injunction that Plaintiff Charles Lee Kettering submitted to and filed with the Court on February 6 and 7, 2007, are denied.

DATED at Denver, Colorado, this 28 day of March, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-00261-BNB

Charles Lee Kettering
Prisoner No. 104451
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 3/29/07

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk